UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED

2017 JUN 20 P 2: 35

U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:17-CR-62 |
| v. | ) | |
| | ) | JUDGES Reeves/Guyton |
| JUSTIN AARON HAYES | ) | |

## INDICTMENT

### COUNT ONE

### (KIDNAPPING)

The Grand Jury charges that, on or about April 19, 2017, within the Eastern District of Tennessee, the defendant, JUSTIN AARON HAYES, did unlawfully and willfully kidnap and carry away and held for raping, and beating, and, in committing or in furtherance of the commission of the offense, did willfully transport the victim in interstate commerce from Florida to Tennessee, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT TWO

### (INTERSTATE DOMESTIC VIOLENCE)

The grand jury further charges that, on or about April 19, 2017, in the Eastern District of Tennessee, the defendant, JUSTIN AARON HAYES, traveled in interstate with the intent to kill, injure, and intimidate the victim, a former intimate partner of said defendant, and, while in the course of and as a result of said travel, committed and attempted to commit sexual assault, a crime of violence against the victim, in violation of Title 18, United States Code, Section 2261(a)(1).

A TRUE BILL:

**SIGNATURE REDACTED**
_____
GRAND JURY FOREPERSON

NANCY STALLARD HARR
United States Attorney

By: _____
Jennifer Kolman
Assistant United States Attorney