# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

Defendant Name: **JUSTIN AARON HAYES**

Place of Offense (City & County): Lenoir City & Loudon

Juvenile: Yes ____ No _X_     Matter to be Sealed: Yes ____ No _X_

Interpreter: No _X_ Yes ____ Language: ____

Total # of Counts: ____ Petty ____ Misdemeanor (Class ____) _2_ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 1201(a)(1) – Kidnapping | 1 |
| Set 2 | 18 U.S.C. § 2261(a)(1) – Interstate domestic violence | 2 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No _X_

Violation Warrant Issued? No _X_ Yes ____ Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. _____

New Separate Case _____ Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____ Appointed: _____

Date: **June 20, 2017**     Signature of AUSA: *Jennifer* [signature]

Case 3:17-cr-00062-PLR-HBG   Document 1-1   Filed 06/20/17   Page 1 of 1   PageID #: 3